**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2134

_____

THOMAS R. COX,

        Plaintiff - Appellant,

    v.

STATE OF MARYLAND; ANNE ARUNDEL COUNTY; KELLY PULTZ,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.  George Levi Russell, III, District Judge.  (1:12-cv-01364-GLR)

_____

Submitted:  January 22, 2013      Decided:  January 24, 2013

_____

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Thomas R. Cox, Appellant Pro Se.  Hugh Scott Curtis, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Philip E. Culpepper, ANNE ARUNDEL COUNTY OFFICE OF LAW, Annapolis, Maryland; Morgan William Fisher, LAWRENCE & FISHER PLLC, Annapolis, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas R. Cox appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint against the State of Maryland and Anne Arundel County, and his defamation complaint against Kelly Pultz. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Cox v. Maryland</u>, No. 1:12-cv-01364-GLR (D. Md. Sept. 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>